UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RICHARD LEE PAIVA,

v.                                    C.A. No. 13-252 S

EDWARD A. BLANCHETTE, et al.

## ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 12, 2014 (ECF #33) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (ECF #34) is rejected and Plaintiff's pro se Second Motion for Temporary Restraining Order and Preliminary Injunction (ECF #21) is hereby DENIED.

ENTER:

/s/ William E. Smith
William E. Smith
United States District Judge
Date: April 1, 2014